# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MISSOURI
### ST. LOUIS DIVISION

In re: Jessica M Maurer                                  Case No. 20-40179

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>HOME POINT FINANCIAL CORPORATION</u>                Court Claim #: 8
Name of Secured Creditor

Old Address of Secured Creditor:
Home Point Financial
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

New Name and/or Address where NOTICES to Secured Creditor
Bankruptcy Department,
11511 Luna Road, Suite 200,
Farmers Branch, TX 75234

Phone:  N/A

Name and/or Address where PAYMENTS to Secured Creditor
should be sent (if different from above):

Home Point Financial Corporation
P.O. Box 660936
Dallas, TX. 75266.

Phone: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Tersugh Tivzenda                          Date: August 28, 2020
      Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 31, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Jessica M Maurer
811 Sherwick Ter
Ballwin, MO 63021

Jonathan Edward Brent
462 N Taylor Ste 105
St. Louis, MO 63108

Trustee
Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

By: /s/Kayla Howey
Kayla Howey
Email: khowey@rascrane.com